**Opinion issued June 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00104-CV

————————————

**DOMINIC PRICE, Appellant**

**V.**

**ARUN K. SINGH, Appellee**

---

**On Appeal from the County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Case No. 22-CCV-070761**

---

## MEMORANDUM OPINION

Appellant's brief was due on April 20, 2023. On May 2, 2023, the Court issued a notice that we might dismiss the appeal if appellant did not file a brief or motion for extension on or before May 12, 2023. Appellant did not file a timely brief or request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.